PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hayes, Nancy                                     Cr.:07-00206-001

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: July 7, 2007

Original Offense: Conspiracy to transport stolen securities in interstate commerce and structuring to a false tax return.

Original Sentence: Five years probation, twelve months home confinement, cooperate with the internal revenue service, 200 hours of community service, financial disclosure, mental health treatment, no new debt, DNA testing, occupational restrictions, restitution in the amount of $289,240 and a $200 special assessment.

Type of Supervision: Probation                                Date Supervision Commenced: July 7, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 6, 2007, the probation office received an alert from the home confinement monitoring service indicating Ms. Hayes left her home at 2:42 pm, without permission. When contacted a short while later, the offender admitted the violation stating she forgot to requested that her schedule be amended. |

U.S. Probation Officer Action:

Our office verbally reprimanded Hayes and extended her home confinement term one week.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 11/8/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/3/07
Date