UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. 07-206 (FSH) |
| v. | : |
| | : |
| NANCY HAYES. | : **ORDER** |
| | : |
| Defendant. | : |

This matter having come before the Court by letter dated September 15, 2008 by Defendant, Nancy Hayes, through counsel, for an Order modifying the conditions of Probation imposed on July 9, 2007; and the Government having submitted opposition dated January 30, 2009; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 13th day of February, 2009,

**ORDERED** that the Defendant's request dated September 15, 2008 is dismissed as moot due to the Defendant's unemployment status; and it is further

**ORDERED** that the conditions of Probation imposed on July 9, 2007 will remain in regard to any future employment.

    /s/ Faith S. Hochberg
United States District Judge