PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nancy Hayes                                    Cr.: 07-00296-001
                                                                 PACTS #: 48275

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 07/09/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 60 Months Probation (Home Confinement - 6 month; Community Service - 200 hours; Mental Health Treatment; Cooperate with IRS; Financial Disclosure; No New Debt; Restitution)

Type of Supervision: Probation                    Date Supervision Commenced: 07/09/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failure to complete Community Service |
| 2 | Failure to pay restitution in accordance with installment plan ordered by the Court. The offender was ordered to pay $200 per month, and has only submitted one $2800 payment, and one $100 payment. She has not been truthful with the probation office regarding the submission of her payments, and has failed to follow our directives with respect to restitution. |

U.S. Probation Officer Action:
We recommend the offender be given 60 days to complete her community service (114 hours), and to submit $50 per month toward restitution (modification). We recommend that this form serve as a formal reprimand from the Court.   (w/ condition)

Respectfully submitted,

By: Leslie M. Vargas /f
U.S. Probation Officer
Date: 08/25/11

PROB 12A - Page 2
Nancy Hayes

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

9/7/2011
Date