PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Nancy Hayes                          Cr.: 07-00296-001
                                                       PACTS Number: 48275

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 07/09/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 60 Months Probation (Home Confinement - 6 months; Community Service - 200 hours; Mental Health Treatment; Cooperate with IRS; Financial Disclosure; No New Debt)

Type of Supervision: Probation                    Date Supervision Commenced: 07/09/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The offender shall submit restitution payments of $50 per month.

## CAUSE

The offender has been unemployed since January 2011, and unable to pay $200 per month as originally ordered by the Court. We recommend the offender pay a modified amount of $50 per month toward restitution.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 08/26/11

THE COURT ORDERS:

[x] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

It is further Ordered that the Probation Office notify the Court once the offender gains employment in order to modify the amount of restitution to be paid per month.

_____
Signature of Judicial Officer

9/7/2011
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

OTHER CONDITION

The offender shall submit restitution payments of $50 per month.

Witness: _____          Signed: _____
U.S. Probation Officer                            Probationer or Supervised Releasee
Leslie M. Vargas                                   Nancy Hayes

8/31/11
DATE