PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Nancy Hayes                                    Cr.: 07-00206-001
                                                                 PACTS #: 48275

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 07/09/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 5 Years Probation

Type of Supervision: Probation                Date Supervision Commenced: 07/09/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to pay restitution. |

U.S. Probation Officer Action:
The probation office recommends the case expire as scheduled since the restitution order remains imposed as a final judgment. The offender has been instructed to continue payments to the Clerk's Office. The Clerk's office has been informed of expiration and requested to continue collecting payments.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 05/24/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

The Court further orders that the Financial Litigation Unit contact the Court if the defendant fails to continue making monthly payments. SO ORDERED.

Signature of Judicial Officer

6/18/2012
Date